FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OKLEVUEHA NATIVE AMERICAN CHURCH OF HAWAII, INC.; MICHAEL REX MOONEY, AKA Raging Bear, Plaintiffs - Appellants, v. LORETTA E. LYNCH, Attorney General; MICHELE LEONHART, as Acting Administrator of the U.S. Drug Enforcement Administration; FLORENCE T. NAKAKUNI, U.S. Attorney for the District of Hawaii, Defendants - Appellees. | No. 14-15143 D.C. No. 1:09-cv-00336-SOM-BMK District of Hawaii, Honolulu ORDER |

Before: O'SCANNLAIN, TALLMAN, and M. SMITH, Circuit Judges.

The Motion for Leave to File Amici Curiae Brief in Support of Appellees, filed with this court on July 25, 2014, by the National Council of Native American Churches; the Native American Church of North America; the Azee' Bee Nahagha of Dine Nation; the Native American Church, the State of Oklahoma; and the Native American Church, the State of South Dakota, is GRANTED.